UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                   ORDER
                                       Criminal No. 10-315 (MJD/JJG)

Clare Richard Skjonsby,

      Defendant.
_____

      The above-entitled matter comes before the Court upon Plaintiff's objection to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated January 14, 2011.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court will adopt the Report and Recommendation in its entirety.

      IT IS HEREBY ORDERED that:

      1.     Defendant's Motion to Suppress Statements  [Doc. No. 16] is GRANTED; and

2. Defendant's Motion to Suppress Evidence Obtained Through Search and Seizure [Doc. No. 17] is DENIED.

Date: February 18, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court

Criminal No. 10-315